GEORGE N. TITUS, Respondent, *v.* GEO. BRISBANE, impleaded, etc., Appellant.

(Argued November 23, 1871; decided November 28, 1871.)

*C. Crary,* for appellant.

*J. Westervelt,* for respondent.

Agree to affirm.
No opinion.

———————

MYNDERT W. STARIN et al., Respondents, *v.* THE SYRACUSE, BINGHAMTON AND NEW YORK RAILROAD COMPANY, Appellant.

(Argued November 23, 1871; decided December 5, 1871.)

Decided upon the same grounds as the case of *Sherman Wood* v. *The N. Y. C. R. R. Co.*, which will appear in next volume of Court of Appeals reports.

*M. Goodrich,* for appellant.

*G. N. Kennedy,* for respondents.

PECKHAM, J., reads opinion for affirmance.
All concur.
Judgment affirmed.

———————

THE DODGE & STEVENSON MANUFACTURING COMPANY, Appellant, *v.* LAWRENCE L. CURTIS, Respondent.

(Submitted November 27, 1871; decided December 5, 1871.)

Order granting new trial affirmed, and judgment absolute for defendant.
All concur.